IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN RAMSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:20-cv-00494-RP |
| | § | |
| NORTHGATEARINSO, INC. et al. | § | |
| | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of the above-styled and numbered cause with prejudice, with each party to bear his/her/its own attorneys' fees and court costs.

Wherefore, Plaintiff and Defendant respectfully request that the Court enter an order of dismissal with prejudice, with each party to bear her/its own court costs and attorneys' fees.

Respectfully submitted,

*/s/ Kell A. Simon*
Kell A. Simon
State Bar No. 24060888
THE LAW OFFICES OF KELL A. SIMON
501 North IH-35, Suite 111
Austin, Texas 78702
(512) 898-9662 Telephone
(512) 368-9144 Facsimile

ATTORNEY FOR PLAINTIFF

/s/ Bruce Griggs
Bruce Griggs
State Bar No. 08487700
Beth D. Adamek
Texas Bar No. 24097569
OGLETREE DEAKINS NASH SMOAK
& STEWART, P.C.
301 Congress Ave., Ste. 1150
Austin, Texas 78701
512.344.4700
512.344.4701 Fax

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the Court's Electronic Case File Notification on this the 16th day of August, 2021, to:

Bruce Griggs
bruce.griggs@ogletree.com
Beth D. Adamek
Beth.adamek@ogletree.com
OGLETREE DEAKINS NASH SMOAK
& STEWART, P.C.
301 Congress Ave., Ste. 1150
Austin, Texas 78701
512.344.4700
512.344.4701 Fax

/s/   Kell A. Simon
Counsel for Plaintiff